No. 64401.—Nurserymen's Exchange et al. *v.* United States, protests 58/5058, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of tree fern totem poles similar in all material respects to those the subject of *Nurserymen's Exchange* v. *United States* (41 Cust. Ct. 223, C.D. 2044), the claim of the plaintiffs was sustained.